UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LeVAR JOSEPH DUGGER,

    Plaintiff,

v.

COASTAL STATE PRISON, PATRICIA CLARK, ERIC FOGAM, KENNETH COTTON, ALFRED HARRIS, WARD WILCOX, JAMES WISE, GAIL DEAL, SARAH EVANS, MAGDALENA FRITZ, DELPHENIA KING, LUARA MIDKIFF, SANDRA MONROE, GENE SABALBORO, SHERRIDAN SAMPSON, CHARLES STEVENS, DEBORAH TERRY, and HELEN TYLER,

    Defendants.

Case No. CV408-016

## ORDER

After a careful _de novo_ review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24 day of March, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA