# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| LeVAR JOSEPH DUGGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA CLARK; DR. ERIC ) <br> FOGAM; GAIL DEAL; SARAH ) <br> EVANS; MAGDALENA FRITZ; ) <br> DELPHENIA KING; LUARA ) <br> MIDKIFF; SANDRA MONROE, ) <br> GENE SABALBORO; SHERRIDAN ) <br> SAMPSON; CHARLES STEVENS; ) <br> DEBORAH TERRY; and HELEN ) <br> TYLER; ) <br> ) <br> Defendants. ) | Case No. CV408-016 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 4th day of June, 2008.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA